# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THEODORE SANTI, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-0268-CV-W-FJG |
| CITY OF KANSAS CITY, MISSOURI, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On November 21, 2005, the Court held a teleconference to discuss a discovery dispute regarding plaintiff's request for production of "All documents concerning complaints made against all contractors (other than Santi) performing work for the [City's Lead Abatement] Program."

In the teleconference, defendants' counsel indicated that the information sought by plaintiff was filed by project, not by contractor name. Defendants' counsel represented that the only complaint file kept on a contractor was the complaint file kept on plaintiff. This is contrary to the deposition testimony of defendant Terry Bray, who testified that the city's lead group "[k]eep[s] a separate folder for complaints. Each contractor has a file." See Deposition excerpts attached to plaintiff's letter to the Court, pp. 407-08. The Court indicated during the teleconference that defendants' counsel needed to resolve the conflict between her representations to the Court and her client's testimony. As the close of discovery is set for December 1, 2005 (see Eighth Amended Scheduling and Trial Order, Doc. No. 94), the Court **ORDERS** defendants' counsel to file a status update with the Court on or before **November 28, 2005**, indicating (1) whether complaints against lead

abatement contractors are filed by contractor name or by project; and (2) in light of the answer to question number 1, defendant City's plan for responding to plaintiff's request for production of documents.

**IT IS SO ORDERED.**

Date: November 22, 2005          /s/ FERNANDO J. GAITAN, JR.
Kansas City, Missouri          Fernando J. Gaitan, Jr.
         United States District Judge